COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:           01-13-00845-CR

Style:                  Dean Jerome Wood

                        v. The State of Texas

Date motion filed[*]:     March 24, 2014

Type of motion:        Extension of time to file appellant's brief

Party filing motion:     Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:                December 23, 2014

      Number of previous extensions granted:    3           Current Due date:  March 24, 2014

      Date Requested:              March 31, 2014

Ordered that motion is:

    ☑   Granted

          If document is to be filed, document due:  March 31, 2014

        ☑      The Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

    **No further extensions will be granted.  If the brief is not filed by March 31, 2014, the Court will abate the case and remand to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b).**

Judge's signature:   /s/ Evelyn V. Keyes
                       ☒ Acting individually     ☐ Acting for the Court

Panel consists of    _____

Date:  April 3, 2014